# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00452-GPG

(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

AYMAN ABDU,

    Plaintiff,

v.

STEVE PAULLUKE, Institute of Mental Health in Pueblo, and
RON HALE, Superintendent, Institute of Mental Health in Pueblo,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff Ayman Abdu is held at the Colorado Mental Health Institute at Pueblo, Colorado.  Plaintiff has submitted a Prisoner Complaint.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit/Application to Proceed without Prepaying Costs or Fees** :

(1)   __X__   is not submitted

(2) __  is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing if Plaintiff is a Colorado Department of Corrections prisoner held at the Pueblo Mental Institute
(4) __  is missing certified statement showing current balance in prison account
(5) __  is missing required financial information
(6) __  is missing an original signature by the prisoner
(7) __  is not on proper form (must use the court's current form)
(8) __  names in caption do not match names in caption of complaint, petition or habeas application
(9) __  An original and a copy have not been received by the court. Only an original has been received.
(10) _X_ other: **In the alternative, Plaintiff may pay the $400.00 filing fee if he does not request to proceed pursuant to 28 U.S.C. § 1915.**

**Complaint, Petition or Application**:
(11) __  is not submitted
(12) __  is not on proper form (must use the court's current form)
(13) __  is missing an original signature by the prisoner
(14) __  is missing page nos. __
(15) __  uses et al. instead of listing all parties in caption
(16) __  An original and a copy have not been received by the court. Only an original has been received.
(17) __  Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __  names in caption do not match names in text
(19) _X_ other: Fails to complete all sections of the Prisoner Complaint form.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the proper Court-approved form used in filing a request to proceed pursuant to 28 U.S.C. § 1915 (either a prisoner or nonprisoner form) and a Complaint (either prisoner or nonprisoner) (with the assistance of his case manager or the facility's legal assistant), along with the applicable

instructions, at www.cod.uscourts.gov, for use in curing deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED March 4, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge